IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| RUBEN AGUIRRE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. G-05-586 |
| § | |
| GREENSPORT INDUSTRIAL PARK LP § | |
| AND COMMERCIAL METALS CO., § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, all claims brought by Plaintiff against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**. All relief not herein provided is expressly **DENIED**. All Parties are **ORDERED** to bear their own costs and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 7th day of February, 2006, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge